UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14020-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

MARCELLUS M. MASON, JR.

       Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation issued October 16, 2007 [118].

The Court, having considered the record, having reviewed the above Report and Recommendation, and having received no objections thereto, it is

ORDERED AND ADJUDGED that the said Report and Recommendation is hereby ADOPTED. DEFENDANT'S MOTION TO VACATE CONVICTION, FILED JULY 16, 2007 [106] IS HEREBY DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of October, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies furnished to:

All counsel and pro se parties of record