UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-CR-14020-MOORE/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCELLUS M. MASON, JR.

    Defendant.
_____/

**CERTIFICATION AND ORDER OF TRANSFER TO MAGISTRATE JUDGE**

This matter comes before the undersigned *sua sponte*. Pursuant to Administrative Order 2005-9, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to the "paired magistrate judge."

The Clerk of Court shall hereby transfer the Magistrate Judge assignment for this case to Magistrate Judge Garber.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **14th** day of December, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Court Judge K. Michael Moore
All counsel of record