UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14020-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

**MARCELLUS M. MASON, JR.**

       Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Andrea M. Simonton's Report and Recommendation issued July 25, 2008 [157].

The Court, having considered the record, having reviewed the above Report and Recommendation, and having received no objections thereto, it is

ORDERED AND ADJUDGED that the said Report and Recommendation is hereby ADOPTED. Defendant's Motion for Show Cause Order and Rule 60(b)(5) Motion [146] is hereby denied.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of September, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies furnished to:

All counsel and pro se parties of record